ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Howard W. Pence, Inc. | ) ASBCA No. 64175 |
| | ) |
| Under Contract No. W91278-16-D-0032 | ) |
|   Task Order No. W91278-20-F-0535 | ) |

APPEARANCES FOR THE APPELLANT:    Eric L. Nelson, Esq.
    Randi N. Thompson, Esq.
      Smith Currie Oles LLP
      Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
      Engineer Chief Trial Attorney
    Kristine M. Knodel, Esq.
    Kaley E. Angus, Esq.
      Engineer Trial Attorneys
      U.S. Army Engineer District, Mobile

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: July 17, 2025

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64175, Appeal of Howard W. Pence, Inc., rendered in conformance with the Board's Charter.

Dated: July 17, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals